UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

In re

DAVID CLARENCE HILGER and
RITA RAE HILGER,

Debtors.

Case No. **10-60124-7**

# ORDER

At Butte in said District this 29th day of October, 2010.

In this Chapter 7 bankruptcy, the Trustee filed an Amended Motion to Sell Property Free and Clear of Liens and Interest on October 18, 2010, indicating his intent to sell, pursuant to 11 U.S.C. § 363, the bankruptcy estate's interest in certain real property located in the town of Miles City, Custer County, Montana to Frank's Shortstop II, LLC. A Notice attached to the Trustee's Motion provides that any party-in-interest opposing the sale must serve and file its objection within seven days of the Trustee's Motion to Sell. No objections have been filed and the seven day deadline has expired. Accordingly,

---

77-2 pdfoasp 10-60124
y Court, District of Montana
y Court, District of MT
ral Building
03

AL BUSINESS

ES BANKRUPTCY COURT
OR PRIVATE USE $300
OTICE of a PROCEEDING
in the
ES BANKRUPTCY COURT

PRESOR
FIRST-CLAS
POSTAGE & F
UNITED STATE
PERMIT NC

036203 36203 1 AB 0.357 59301 5 0 6620-0-36203

DAVID CLARENCE HILGER
RITA RAE HILGER
305 MAIN STREET
MILES CITY, MT 59301-4015

FIRST-CLAS

NIXIE 591 DC 1 00 11/
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
BC: 59701669999 *0195-07222-0

59301@999
59701@6699